UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MAURICE D. JACKSON #30538-074,

    Plaintiff,

v.                                          No.: 3:06-cv-422
                                                           (VARLAN/GUYTON)

OFFICER EDMOND RANDOLPH,
UNKNOWN KNOXVILLE POLICE OFFICER,
and KNOXVILLE POLICE DEPARTMENT,

    Defendants.

## **JUDGMENT ORDER**

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                     s/ Thomas A. Varlan
                                                     UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ *Patricia L. McNutt*
      CLERK OF COURT